UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
MARIA AGUIRRE  06-10183-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Mar 24, 2006.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following creditor at the address listed below.

   WORLDWIDE ASSET PURCHASING LLC
   PO BOX 672047
   MARIETTA, GA  30006

5. As a result, funds owed to the creditor in the amount of $14.37 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, July 26, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#108

## UNITED STATES BANKRUPTCY COURT

IN RE:  
MARIA AGUIRRE

CHAPTER 13 PROCEEDING:  
06-10183-B-13

DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on 7/26/2011, a copy of the foregoing Trustee's Motion to Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

MARIA AGUIRRE  
27773 FM 1561  
SAN BENITO, TX  78586

ABELARDO LIMON JR  
890 WEST PRICE ROAD  
BROWNSVILLE, TX  78520

WORLDWIDE ASSET PURCHASING LLC  
PO BOX 672047  
MARIETTA, GA  30006